# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-1935

_____

RAYMOND and DEBBIE GARRETT,

Appellants,

v.

DEPARTMENT OF REVENUE,

Appellee.

_____

An appeal from an order of the Florida Department of Revenue.
Ann Coffin, Director, Child Support Program.

April 6, 2018

PER CURIAM.

AFFIRMED.

ROWE, RAY, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Raymond Garret and Debbie Garrett, pro se, Appellants.

Pamela Jo Bondi, Attorney General, Carrie R. McNair, Assistant Attorney General, for Appellee.